UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KERRY LAMONS, | Case No. 23-cv-05178-PCP |
|---|---|
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| 23ANDME, INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Edward M. Chen for consideration of whether the case is related to *Santana et al. v. 23andMe, Inc.*, No. 23-cv-5147.

**IT IS SO ORDERED.**

Dated: November 20, 2023

P. CASEY PITTS
United States District Judge